# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PITNEY BOWES, INC., | : | CIVIL ACTION |
| Plaintiff, | : | NO. 09-05024 |
| v. | : | |
| ITS MAILING SYSTEMS, INC., GARY P. SHANK, MARTIN R. KLAGHOLZ RYAN HIMMELREICH, and MARK GASTON | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 17th day of March, 2010, upon consideration of Defendants ITS Mailing Systems, Inc., Gary P. Shank, and Martin R. Klagholz's Motion to Dismiss Alleged Lanham Act Violations for Failure to State a Claim (Docket No. 9) and Plaintiff's Amended Response in Opposition (Docket No. 20), it is hereby **ORDERED** that Defendants' Motion is **GRANTED.**

It is so **ORDERED**.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.